*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioners American Securities Association (ASA) and Citadel Securities LLC provide the following certificate of interested persons:

The undersigned counsel of record certify that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **24X National Exchange LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

2. **American Securities Association**, Petitioner.

3. **Borse Dubai Limited**, Owner of 10% or Greater Interest in Nasdaq, Inc.

4. **BOX Exchange LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

5. **Boyle, Gregory M.**, Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

6. **Cboe BYX Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

7. **Cboe BZX Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

8. **Cboe C2 Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

9. **Cboe EDGA Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

10. **Cboe EDGX Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

11. **Cboe Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

12. **Cboe Global Markets, Inc. (BATS: CBOE)**, Indirect Owner of 10% or Greater Interest in Proposed Intervenor Consolidated Audit Trail, LLC, and Direct or Indirect Parent Company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc.

13. **Citadel Securities GP LLC**, parent company of Citadel Securities LLC.

14. **Citadel Securities LLC**, Petitioner.

15. **Connolly, J. Michael**, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

16. **Consolidated Audit Trail, LLC**, Proposed Intervenor.

17. **Deuthsch, Elizabeth B.**, Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

18. **Dinkel, Christopher S.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

19. **Financial Industry Regulatory Authority, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

20. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

21. **Gershengorn, Ian Heath**, Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

22. **Intercontinental Exchange, Inc. (NYSE: ICE)**, Indirect Owner of 10% or Greater Interest in Proposed Intervenor Consolidated Audit Trail, LLC, and Indirect Parent Company of New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE National, Inc., and NYSE Texas, Inc.

23. **International Securities Exchange Holdings, Inc.**, Parent Company of Nasdaq GEMX, LLC, Nasdaq ISE, LLC, and Nasdaq MRX, LLC.

24. **Investor AB (Nasdaq Stockhold: INVE B)**, Owner of 10% or Greater Interest in Nasdaq, Inc.

25. **Investors Exchange LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

26. **Long-Term Stock Exchange, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

27. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

28. **Marshall, Jonathan J.**, Jenner & Block LLP, Counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

29. **Matro, Daniel**, counsel for Respondent United States Securities and Exchange Commission.

30. **MEMX LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

31. **Miami International Holdings, Inc. (NYSE: MIAX)**, Indirect Owner of 10% or Greater Interest in Proposed Intervenor Consolidated Audit Trail, LLC, and Indirect Parent Company of Miami International Securities Exchange LLC, MIAX Emerald, LLC, MIAX PEARL, LLC, and MIAX Sapphire, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

32. **Miami International Securities Exchange LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

33. **MIAX Emerald, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

34. **MIAX PEARL, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

35. **MIAX Sapphire, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

36. **Montgomery, Sophia W.**, Jenner & Block LLP, Counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

37. **Nasdaq GEMX, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

38. **Nasdaq, Inc. (Nasdaq: NDAQ)**, Parent Company of Nasdaq PHLX LLC, Nasdaq Texas, LLC, and The Nasdaq Stock Market LLC.

39. **Nasdaq ISE, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

40. **Nasdaq MRX, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

41. **Nasdaq PHLX LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

42. **Nasdaq Texas, LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

43. **New York Stock Exchange LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

44. **NYSE American LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

45. **NYSE Arca, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

46. **NYSE National, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

47. **NYSE Texas, Inc.**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

48. **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC.

49. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

50. **Templin, Hannah**, Jones Day, counsel for Petitioner Citadel Securities LLC.

51. **The Nasdaq Stock Market LLC**, Member of Proposed Intervenor Consolidated Audit Trail, LLC.

52. **The Vanguard Group, Inc.**, Owner of 10% or Greater Interest in Cboe Global Markets, Inc., and Owner of 10% or Greater Interest in Nasdaq, Inc.

53. **United States Securities and Exchange Commission**, Respondent.

54. **Warnke, Anne S.**, Jenner & Block LLP, Counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

Dated: April 2, 2026

Respectfully submitted,

/s/ *J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American Securities Association*

/s/ *Noel J. Francisco*
Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
Hannah Templin
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel Securities LLC*

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify that the ASA is a nonprofit trade association that represents the wealth management and capital markets interests of regional financial services firms. ASA members are small and regional financial services companies who advise Americans how to create and preserve wealth; provide Main Street businesses with access to capital and advisory services; raise capital for schools, hospitals, cities, and states; and work with institutional investors to increase investment returns. Counsel further certify that no parent corporation, and no publicly held corporation, has a 10% or greater ownership interest in the ASA.

Petitioner Citadel Securities LLC is an indirect subsidiary of Citadel Securities GP LLC. Counsel further certify that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 26-10936

Dated: April 2, 2026

Respectfully submitted,

/s/ *J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American Securities Association*

/s/ *Noel J. Francisco*
Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
Hannah Templin
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel Securities LLC*