Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.    Attach additional pages if necessary.*

11th Circuit Docket Number: 26-10936

| Caption: | District and Division: |
|---|---|
| American Securities Association et al. v. U.S. Securities and Exchange Commission | Name of Judge: <br> Nature of Suit: Agency Petition for Review <br> Date Complaint Filed: <br> District Court Docket Number: <br> Date Notice of Appeal Filed: 3/24/2026 <br> ☐ Cross Appeal   ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes  ☑ No <br> If Yes, provide <br> (a)  Caption: <br> (b)  Citation: <br> (c)  Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☐ Plaintiff <br> ☐ Defendant <br> ☑ Other (Specify) | **For Citadel Securities LLC:** <br> Noel J. Francisco <br> Brian C. Rabbitt <br> Brinton Lucas <br> David Phillips <br> Hannah Templin <br> Christopher S. Dinkel | **Jones Day** <br> 51 Louisiana Ave. NW <br> Washington, D.C. 20001 | Firm: (202) 879-3939 <br> Fax: (202) 626-1700 <br> Email: njfrancisco@jonesday.com |
| | **For American Securities Association:** <br> J. Michael Connolly | **Consovoy McCarthy PLLC** <br> 1600 Wilson Blvd., Suite 700 <br> Arlington, VA 22209 | Firm: (703) 243-9423 <br> Email: mike@consovoymccarthy.com |
| For Appellee: <br> ☐ Plaintiff <br> ☐ Defendant <br> ☑ Other (Specify) | **For Respondent:** <br> Daniel Matro | **U.S. Securities and Exchange Commission** <br> Office of the Secretary <br> 100 F St. NE, Mail Stop 1090 <br> Washington, D.C. 20549 | Phone: (202) 551-5400 <br> Fax: (202) 772-9324 <br> Email: matrod@sec.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question <br><br> ☐ Diversity <br><br> ☐ US Plaintiff <br><br> ☑ US Defendant | ☐ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☑ Final Agency Action (Review) <br> ☐ 54(b) | ☐ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☐ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☑ Other Agency Final Order | Amount Sought by Plaintiff: <br> $_____ <br><br> Amount Sought by Defendant: <br> $_____ <br><br> Awarded: <br> $_____ <br> to _____ <br><br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary   ☐ Granted <br> ☐ Permanent     ☐ Denied |

Page 2                                                          11th Circuit Docket Number: __26-10936_____

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☑Yes   ☐No
      What is the issue you claim is one of First Impression? _Whether the Order is contrary to law and whether the Order is arbitrary and capricious._

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name/Statute _Exchange Act;  American Securities Association v. U.S. Securities and Exchange Commission_____
      (b)   Citation _15 U.S.C. § 78k-1;  147 F.4th 1264 (11th Cir. 2025)_____
      (c)   Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)   Arises from substantially the same case or controversy as this appeal?   ☐Yes   ☑No
      (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑Yes   ☐No

      If Yes, provide
      (a)   Case Name _Citadel Securities LLC v. U.S. Securities and Exchange Commission_____
      (b)   Citation _____
      (c)   Docket Number if unreported _24-12300_____
      (d)   Court or Agency _U.S. Court of Appeals for the Eleventh Circuit_____

(4)   Will this appeal involve a conflict of law
      (a)   Within the Eleventh Circuit?   ☐Yes   ☑No
      (b)   Among circuits?   ☐Yes   ☑No

      If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

## (1) Whether the Order should be set aside as contrary to law.

## (2) Whether the Order should be set aside as arbitrary and capricious.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _2nd_____ DAY OF _April_____, _2026_____.

Noel J. Francisco
_____          /s/ Noel J. Francisco
_____
            NAME OF COUNSEL (Print)                              SIGNATURE OF COUNSEL