No. 26-10936

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

AMERICAN SECURITIES ASSOCIATION and CITADEL SECURITIES LLC,
*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

---

On Petition for Review of an Order
of the Securities and Exchange Commission

---

## RESPONDENT SECURITIES AND EXCHANGE COMMISSION'S
## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
## DISCLOSURE STATEMENT

---

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit

Rule 26.1-1, the undersigned counsel for Respondent Securities and Exchange

Commission hereby certifies that the following listed persons and entities have an

interest in the outcome of this case:

1) 24X National Exchange LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

2) American Securities Association, Petitioner.

3) Borse Dubai Limited, owner of 10% or greater interest in Nasdaq, Inc.

4) BOX Exchange LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

5) Boyle, Gregory, Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

6) Cboe BYX Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

7) Cboe BZX Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

8) Cboe C2 Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

9) Cboe EDGA Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

10) Cboe EDGX Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

11) Cboe Exchange, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

12) Cboe Global Markets, Inc. (BATS: CBOE), indirect owner of 10% or greater interest in Proposed Intervenor Consolidated Audit Trail, LLC, and direct or indirect parent company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

13)   Citadel Securities GP LLC, parent company of Petitioner Citadel Securities LLC.

14)   Citadel Securities LLC, Petitioner.

15)   Connolly, J. Michael, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

16)   Consolidated Audit Trail, LLC, Proposed Intervenor.

17)   Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

18)   Deutsch, Elizabeth, B., Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

19)   Dinkel, Christopher S., Jones Day, counsel for Petitioner Citadel Securities LLC.

20)   Financial Industry Regulatory Authority, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

21)   Francisco, Noel J., Jones Day, counsel for Petitioner Citadel Securities LLC.

22)   Hardin, Tracey A., counsel for Respondent Securities and Exchange Commission.

23)   Gershengorn, Ian Heath, Jenner & Block LLP, counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

24)   Intercontinental Exchange, Inc. (NYSE: ICE), indirect owner of 10% or greater interest in Proposed Intervenor Consolidated Audit Trail, LLC, and indirect parent company of New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE National, Inc., and NYSE Texas, Inc.

25)   International Securities Exchange Holdings, Inc., parent company of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC.

26)   Investor AB (Nasdaq Stockholm: INVE B), owner of 10% or greater of Nasdaq, Inc.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

27)    Investors' Exchange, LLC, member of Proposed Intervenor
Consolidated Audit Trail, LLC.

28)    Jenner & Block LLP, counsel for Proposed Intervenor Consolidated
Audit Trail, LLC.

29)    Jones Day, counsel for Petitioner Citadel Securities LLC.

30)    Long-Term Stock Exchange, Inc., member of Proposed Intervenor
Consolidated Audit Trail, LLC.

31)    Lucas, Brinton, Jones Day, counsel for Petitioner Citadel Securities LLC.

32)    Matro, Daniel E., counsel for Respondent Securities and Exchange
Commission.

33)    Marshall, Jonathan J., Jenner & Block LLP, counsel for Proposed
Intervenor Consolidated Audit Trail, LLC.

34)    McGranahan, J. Russell, counsel for Respondent Securities and
Exchange Commission.

35)    MEMX LLC, member of Proposed Intervenor Consolidated Audit Trail,
LLC.

36)    Miami International Holdings, Inc. (NYSE: MIAX), indirect wwner of
10% or greater interest in Proposed Intervenor Consolidated Audit Trail,
LLC, and indirect parent company of Miami International Securities
Exchange LLC, MIAX Emerald, LLC, MIAX PEARL, LLC, and MIAX
Sapphire, LLC.

37)    Miami International Securities Exchange LLC, member of Proposed
Intervenor Consolidated Audit Trail, LLC.

38)    MIAX Emerald, LLC, member of Proposed Intervenor Consolidated
Audit Trail, LLC.

39)    MIAX PEARL, LLC, member of Proposed Intervenor Consolidated
Audit Trail, LLC.

40)    MIAX Sapphire, LLC, member of Proposed Intervenor Consolidated
Audit Trail, LLC.

41)    Montgomery, Sophia W., Jenner & Block LLP, Counsel for Proposed

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

Intervenor Consolidated Audit Trail, LLC.

42) Nasdaq GEMX, LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

43) Nasdaq, Inc. (Nasdaq: NDAQ), parent company of Nasdaq PHLX LLC, Nasdaq Texas, LLC, and The Nasdaq Stock Market LLC.

44) Nasdaq ISE, LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

45) Nasdaq MRX, LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

46) Nasdaq PHLX LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

47) Nasdaq Texas, LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

48) New York Stock Exchange LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

49) NYSE American LLC, member of Proposed Intervenor Consolidated Audit Trail, LLC.

50) NYSE Arca, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

51) NYSE National, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

52) NYSE Texas, Inc., member of Proposed Intervenor Consolidated Audit Trail, LLC.

53) Phillips, David, Jones Day, counsel for Petitioner Citadel Securities LLC.

54) Rabbitt, Brian C., Jones Day, counsel for Petitioner Citadel Securities LLC.

55) Templin, Hannah, Jones Day, counsel for Petitioner Citadel Securities LLC.

56) The Nasdaq Stock Market LLC, member of Proposed Intervenor

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

Consolidated Audit Trail, LLC.

57) The Vanguard Group, Inc., owner of 10% or greater interest in Cboe Global Markets, Inc., and owner of 10% or greater interest in Nasdaq, Inc.

58) United States Securities and Exchange Commission, Respondent.

59) Warnke, Anne S., Jenner & Block LLP, Counsel for Proposed Intervenor Consolidated Audit Trail, LLC.

Respectfully submitted,

J. RUSSELL MCGRANAHAN       /s/ Daniel E. Matro
*General Counsel*              DANIEL E. MATRO
                               *Senior Appellate Counsel*

TRACEY A. HARDIN
*Associate General Counsel*    Securities and Exchange Commission
                               100 F Street, N.E.
                               Washington, D.C. 20549-9040
                               (202) 551-8248 (Matro)
                               matrod@sec.gov

April 7, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system, which will send notice to all the parties.

/s/ Daniel E. Matro
DANIEL E. MATRO

April 7, 2026