# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10936
_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

*Petitioners,*

*versus*

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

*Respondent.*

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 4-698
_____

ORDER:

The parties' Joint Motion to Enter an Agreed-Upon Briefing Schedule on Petitioners' Motion for Stay is GRANTED.

Any response to Petitioners' motion for a stay is due by April 27, 2026.

2                          Order of the Court                    26-10936

Petitioners' reply, if any, is due by May 11, 2026.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE