# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2026

Ari M. Berman
Pillsbury Winthrop Shaw Pittman, LLP
31 W 52ND ST FL 26
NEW YORK, NY 10019

Gregory M. Boyle
Jenner & Block LLP
353 N CLARK ST
CHICAGO, IL 60654

Elizabeth B. Deutsch
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Ian Heath Gershengorn
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Paul Greenwalt III
ArentFox Schiff LLP
233 S WACKER DR STE 7100
CHICAGO, IL 60606

Jeffrey M. Heckendorn
ArentFox Schiff LLP
1301 AVENUE OF THE AMERICAS FL 42
NEW YORK, NY 10019

Stephen J. Kastenberg
Ballard Spahr, LLP
1735 MARKET ST FL 51
PHILADELPHIA, PA 19103-7599

Paul Lantieri III

Ballard Spahr, LLP
1735 MARKET ST FL 51
PHILADELPHIA, PA 19103-7599

Matthew Jeffrey MacLean
Pillsbury Winthrop Shaw Pittman, LLP
1200 17TH ST NW
WASHINGTON, DC 20036

Sarah Myles Madigan
Pillsbury Winthrop Shaw Pittman, LLP
31 W 52ND ST FL 26
NEW YORK, NY 10019

Jonathan J. Marshall
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Michael K. Molzberger
ArentFox Schiff LLP
233 S WACKER DR STE 7100
CHICAGO, IL 60606

Sophia Montgomery
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

David Oliwenstein
Pillsbury Winthrop Shaw Pittman, LLP
31 W 52ND ST FL 26
NEW YORK, NY 10019

Anne Sommer Warnke
Jenner & Block, LLP
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412

Appeal Number:  26-10936-B
Case Style:  American Securities Association, et al v. United States Securities and Exchange
Commission
Agency Docket Number:  4-698


The enclosed order has been ENTERED.

<u>Intervenor Certificate of Interested Persons (CIP) requirements</u>
A motion for leave to intervene in this case has been granted. Intervenor(s) must file a CIP and
complete the web-based CIP within 28 days from the date of this notice. <u>See</u> 11th Cir. R. 26.1-
1(a)(3) and 26.1-1(b).

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information
and training materials related to electronic filing are available on the Court's website.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action