In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10936
_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

*Petitioners,*

*versus*

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

*Respondent.*

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 4-698
_____

ORDER:

"Consolidated Audit Trail, LLC's Unopposed Motion for Leave to Intervene" is GRANTED.

The "Unopposed Motion for Leave to Intervene by The Nasdaq Stock Market, LLC; Nasdaq GEMX, LLC; Nasdaq ISE,

2                          Order of the Court                          26-10936

LLC; Nasdaq MRX, LLC; Nasdaq PHLX, LLC; and Nasdaq Texas, LLC" is GRANTED.

The "Motion to Intervene by Intervenor-Movants New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE National, Inc., and NYSE Texas, Inc." is GRANTED.

The "Unopposed Motion for Leave to Intervene in Support of Respondent by Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc." is GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE