**No. 26-10936**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

AMERICAN SECURITIES ASSOCIATION and CITADEL SECURITIES LLC,
*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent*,

CONSOLIDATED AUDIT TRAIL, LLC; THE NASDAQ STOCK
MARKET, LLC; ET AL.,
*Intervenors.*

---

On Petition for Review of an Order
of the Securities and Exchange Commission

---

## JOINT MOTION TO SET EXPEDITED BRIEFING SCHEDULE

---

NOEL J. FRANCISCO
Jones Day
51 Louisiana Ave., NW
Washington, D.C. 20001
(202) 879-3939
njfrancisco@jonesday.com

*Counsel for Petitioner Citadel
Securities LLC*

J. MICHAEL CONNOLLY
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American
Securities Association*

DANIEL E. MATRO
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9040
(202) 551-8248 (Matro)
matrod@sec.gov

*Counsel for Respondent Securities and Exchange
Commission*

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Petitioners American Securities Association and

Citadel Securities LLC and Respondent Securities and Exchange Commission hereby

certify that the following listed persons and entities as described in Eleventh Circuit

Rule 26.1-2 have an interest in the outcome of this case:

1) 24X National Exchange LLC, member of Intervenor Consolidated Audit Trail, LLC.

2) American Securities Association, Petitioner.

3) ArentFox Schiff LLP, counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

4) Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market LLC, Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, Nasdaq PHLX LLC, and Nasdaq Texas, LLC.

5) Borse Dubai Limited, owner of 10% or greater interest in Nasdaq, Inc..

6) BOX Exchange LLC, member of Intervenor Consolidated Audit Trail, LLC.

7) Berman, Ari M., Pillsbury Winthrop Shaw Pittman LLP, counsel for Proposed NYSE Intervenors.

8) Boyle, Gregory, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC.

9) Cboe BYX Exchange, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

10) Cboe BZX Exchange, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

11) Cboe C2 Exchange, Inc., Intervenor and member of Intervenor

Consolidated Audit Trail, LLC.

12) Cboe EDGA Exchange, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

13) Cboe EDGX Exchange, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

14) Cboe Exchange, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

15) Cboe Global Markets, Inc. (BATS: CBOE), indirect owner of 10% or greater interest in Intervenor Consolidated Audit Trail, LLC, and direct or indirect parent company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

16) Citadel Securities GP LLC, parent company of Petitioner Citadel Securities LLC.

17) Citadel Securities LLC, Petitioner.

18) Connolly, J. Michael, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

19) Consolidated Audit Trail, LLC, Intervenor.

20) Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

21) Deutsch, Elizabeth, B., Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC.

22) Dinkel, Christopher S., Jones Day, counsel for Petitioner Citadel Securities LLC.

23) Financial Industry Regulatory Authority, Inc., member of Intervenor Consolidated Audit Trail, LLC.

24) Francisco, Noel J., Jones Day, counsel for Petitioner Citadel Securities LLC.

25) Hardin, Tracey A., counsel for Respondent Securities and Exchange Commission.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

26) Gershengorn, Ian Heath, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC.

27) Greenwalt, Paul, III, ArentFox Schiff, counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

28) Heckendorn, J. Maxwell, ArentFox Schiff, counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

29) Intercontinental Exchange, Inc. (NYSE: ICE), indirect owner of 10% or greater interest in Intervenor Consolidated Audit Trail, LLC, and indirect parent company of New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE National, Inc., and NYSE Texas, Inc.

30) International Securities Exchange Holdings, Inc., parent company of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC.

31) Investor AB (Nasdaq Stockholm: INVE B), owner of 10% or greater of Nasdaq, Inc.

32) Investors' Exchange, LLC, member of Intervenor Consolidated Audit Trail, LLC.

33) Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC.

34) Jones Day, counsel for Petitioner Citadel Securities LLC.

35) Kastenberg, Stephen J., Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market LLC, Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, Nasdaq PHLX LLC, and Nasdaq Texas, LLC.

36) Lantieri III, Paul, Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market LLC, Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, Nasdaq PHLX LLC, and Nasdaq Texas, LLC.

37) Long-Term Stock Exchange, Inc., member of Intervenor Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

38) Lucas, Brinton, Jones Day, counsel for Petitioner Citadel Securities LLC.

39) MacLean, Matthew J., Pillsbury Winthrop Shaw Pittman LLP, counsel for Proposed NYSE Intervenors.

40) Madigan, Sarah M., Pillsbury Winthrop Shaw Pittman LLP, counsel for Proposed NYSE Intervenors.

41) Matro, Daniel E., counsel for Respondent Securities and Exchange Commission.

42) Marshall, Jonathan J., Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC.

43) McGranahan, J. Russell, counsel for Respondent Securities and Exchange Commission.

44) MEMX LLC, member of Intervenor Consolidated Audit Trail, LLC.

45) Miami International Holdings, Inc. (NYSE: MIAX), indirect wwner of 10% or greater interest in Intervenor Consolidated Audit Trail, LLC, and indirect parent company of Miami International Securities Exchange LLC, MIAX Emerald, LLC, MIAX PEARL, LLC, and MIAX Sapphire, LLC.

46) Miami International Securities Exchange LLC, member of Intervenor Consolidated Audit Trail, LLC.

47) MIAX Emerald, LLC, member of Intervenor Consolidated Audit Trail, LLC.

48) MIAX PEARL, LLC, member of Intervenor Consolidated Audit Trail, LLC.

49) MIAX Sapphire, LLC, member of Intervenor Consolidated Audit Trail, LLC.

50) Molzberger, Michael, ArentFox Schiff, counsel for Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

51) Montgomery, Sophia W., Jenner & Block LLP, Counsel for Intervenor Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 26-10936

52) Nasdaq GEMX, LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

53) Nasdaq, Inc. (Nasdaq: NDAQ), parent company of Nasdaq PHLX LLC, Nasdaq Texas, LLC, and The Nasdaq Stock Market LLC.

54) Nasdaq ISE, LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

55) Nasdaq MRX, LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

56) Nasdaq PHLX LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

57) Nasdaq Texas, LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

58) New York Stock Exchange LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

59) NYSE American LLC, Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

60) NYSE Arca, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

61) NYSE National, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

62) NYSE Texas, Inc., Intervenor and member of Intervenor Consolidated Audit Trail, LLC.

63) Oliwenstein, David, Pillsbury Winthrop Shaw Pittman LLP, counsel for Proposed NYSE Intervenors.

64) Phillips, David, Jones Day, counsel for Petitioner Citadel Securities LLC.

65) Pillsbury Winthrop Shaw Pittman LLP, counsel for Proposed NYSE Intervenors.

66) Rabbitt, Brian C., Jones Day, counsel for Petitioner Citadel Securities LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission,*
No. 26-10936

67) Templin, Hannah, Jones Day, counsel for Petitioner Citadel Securities LLC.

68) The Nasdaq Stock Market LLC, member of Intervenor Consolidated Audit Trail, LLC.

69) The Vanguard Group, Inc., owner of 10% or greater interest in Cboe Global Markets, Inc., and owner of 10% or greater interest in Nasdaq, Inc.

70) United States Securities and Exchange Commission, Respondent.

71) Warnke, Anne S., Jenner & Block LLP, Counsel for Intervenor Consolidated Audit Trail, LLC.

Dated:  April 23, 2026                    Respectfully submitted,

/s/ *Noel J. Francisco*                    /s/ *Daniel E. Matro*
NOEL J. FRANCISCO                          DANIEL E. MATRO
Jones Day                                  Securities and Exchange Commission
51 Louisiana Ave., NW                      100 F Street, N.E.
Washington, D.C. 20001                     Washington, D.C. 20549-9040
(202) 879-3939                             (202) 551-8248 (Matro)
njfrancisco@jonesday.com                   matrod@sec.gov

*Counsel for Petitioner Citadel*           *Counsel for Respondent Securities and Exchange*
*Securities LLC*                           *Commission*

/s/ *J. Michael Connolly*
J. MICHAEL CONNOLLY
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American*
*Securities Association*

**JOINT MOTION TO SET EXPEDITED BRIEFING SCHEDULE**

Pursuant to Eleventh Circuit Rules 27-1, 31-1, and 31-2, Petitioners American Securities Association and Citadel Securities LLC, and Respondent Securities and Exchange Commission ("the Commission") respectfully move this Court to set an expedited briefing schedule in the above-captioned matter. The movants also respectfully request that oral argument be scheduled as soon as practicable for the Court thereafter. The intervenors—Consolidated Audit Trail, LLC, the Nasdaq exchanges, the Cboe exchanges, and the NYSE exchanges—do not oppose this motion.

In support of the motion, the movants state as follows:

1. This case involves a challenge to a Commission order approving amendments to the national market system plan governing the Consolidated Audit Trail (the "CAT"). *See* Order Approving an Amendment to the National Market System Plan Governing the Consolidated Audit Trail, as Modified by the Commission, Regarding Implementation of a Revised Funding Model, Exchange Act Release No. 105003, 91 Fed. Reg. 13,410 (Mar. 19, 2026) ("2026 Funding Order"). The 2026 Funding Order approves a new funding model for the CAT for a two-year period while the Commission undertakes a comprehensive review of the CAT. *Id.* at 13413.

2. On April 2, 2026, petitioners filed a motion to stay the 2026 Funding Order pending the resolution of the petition for review. Dkt. 20-1 (Apr. 2, 2026). The Commission and the intervenors oppose petitioners' stay motion. On April 15, 2026,

1

the Court granted the parties' joint motion to enter an agreed-upon briefing schedule on the stay motion.  Dkt. 39-2 (Apr. 15, 2026).  Under that schedule, responses to the stay motion are due on April 27, 2026, and petitioners' reply is due on May 11, 2026.

3.  The movants have conferred and jointly request that the Court adopt a modified briefing schedule on the merits, with agreed-upon deadlines.  The proposed schedule accelerates the filing of the certified list of the record and adjusts the parties' briefing deadlines in a manner that expedites the completion of briefing as compared to the Court's default rules, while permitting the parties and their counsel sufficient time to prepare their filings and accommodating other case and personal commitments.  The movants also respectfully request that the Court schedule oral argument as soon as practicable thereafter.

4.  The proposed schedule is warranted in the circumstances of this case.  The 2026 Funding Order is temporary in nature, currently set to expire on March 31, 2028.  91 Fed. Reg. at 13,412, 13,458.  Without an expedited briefing schedule, it took the parties over 20 months to litigate a challenge to the 2026 Funding Order's predecessor to a final decision in *American Securities Association v. SEC*, 147 F.4th 1264 (11th Cir. 2025).  Absent expedition, a decision in this case could come just a few months before the 2026 Funding Order is set to expire on its own terms.  The intervenors do not oppose this motion.

5.  The movants thus respectfully request that the Court adopt the following schedule:

- Certified List of the Record:  April 27, 2026

- Brief of Petitioners:  May 21, 2026

- *Amicus* Briefs in Support of Petitioners:  May 28, 2026

- Briefs of Respondent and any Intervenors:  July 2, 2026

- *Amicus* Briefs in Support of Respondent:  July 9, 2026

- Reply Brief of Petitioners:  July 23, 2026

- Oral argument as soon as practicable under the Court's schedule thereafter

Dated:  April 23, 2026                    Respectfully submitted,

/s/ *Noel J. Francisco*                   /s/ *Daniel E. Matro*
NOEL J. FRANCISCO                         DANIEL E. MATRO
Jones Day                                 Securities and Exchange Commission
51 Louisiana Ave., NW                     100 F Street, N.E.
Washington, D.C. 20001                    Washington, D.C. 20549-9040
(202) 879-3939                            (202) 551-8248 (Matro)
njfrancisco@jonesday.com                  matrod@sec.gov

*Counsel for Petitioner Citadel*          *Counsel for Respondent Securities and Exchange*
*Securities LLC*                          *Commission*

/s/ *J. Michael Connolly*
J. MICHAEL CONNOLLY
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American*
*Securities Association*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 548 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

I also certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface—Garamond, 14 point—using Microsoft Word.

/s/ Daniel E. Matro
Daniel E. Matro

*Counsel for Respondent Securities and Exchange Commission*

April 23, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system, which will send notice to all the parties.

/s/ Daniel E. Matro
Daniel E. Matro

*Counsel for Respondent Securities and Exchange Commission*

April 23, 2026