# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10936
_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

*Petitioners,*

*versus*

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

*Respondent,*

CBOE BYX EXCHANGE, INC.,
CBOE BZX EXCHANGE, INC,
CBOE C2 EXCHANGE, INC,
CBOE EDGA EXCHANGE, INC
CBOE EDGX EXCHANGE, INC, et al.,

*Intervenors.*

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 4-698
_____

2                          Order of the Court                    26-10936

ORDER:

The parties' "Joint Motion to Set Expedited Briefing Schedule" is GRANTED as follows.

Petitioners' initial brief is due on or before May 21, 2026.

*Amicus* briefs in support of Petitioners, if any, are due on or before May 28, 2026.

Respondent's and Intervenors' response briefs are due on or before July 2, 2026.

*Amicus* briefs in support of Respondent, if any, are due on or before July 9, 2026.

Petitioners' reply brief, if any, is due on or before July 23, 2026.

The Clerk's Office is DIRECTED to place this case on the next available oral argument calendar with an opening after August 2026.

/s/ Robin S. Rosenbaum

UNITED STATES CIRCUIT JUDGE