**No. 26-10936**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

AMERICAN SECURITIES ASSOCIATION AND CITADEL SECURITIES LLC,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

CONSOLIDATED AUDIT TRAIL LLC; THE NASDAQ STOCK MARKET, LLC, ET AL.,

*Intervenors*.

Petition for Review of an Order of
the Securities and Exchange Commission
Release No. 34-105003; File No. 4-698

## PETITIONERS' NOTICE REGARDING CBOE INTERVENORS' AMENDED CERTIFICATE OF INTERESTED PERSONS

J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner*
*American Securities Association*

Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
Hannah Templin
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner*
*Citadel Securities LLC*

## NOTICE REGARDING CBOE INTERVENORS' AMENDED CERTIFICATE OF INTERESTED PERSONS

On May 4, 2026, Intervenors Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc, Cboe C2 Exchange, Inc, Cboe EDGA Exchange, Inc, Cboe EDGX Exchange, Inc and Cboe Exchange, Inc. filed an Amended CIP stating that The Vanguard Group, Inc. no longer owns a 10% or greater interest in Cboe Global Markets, Inc. Doc. 46. Petitioners have no reason to question the accuracy of that representation, thus they agree with the deletion of The Vanguard Group, Inc. with respect to its interest in Cboe Global Markets, Inc. *See* 11th Cir. R. 26.1-4.

Dated: May 11, 2026

Respectfully submitted,

/s/ *J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner*
*American Securities Association*

/s/ *Noel J. Francisco*
Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
Hannah Templin
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner*
*Citadel Securities LLC*

2

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: May 11, 2026

/s/ *J. Michael Connolly*

*Counsel of Record for Petitioner*
*American Securities Association*

Respectfully submitted,

/s/ *Noel J. Francisco*

*Counsel of Record for Petitioner*
*Citadel Securities LLC*

Certificate 1

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, the foregoing Notice was electronically filed with the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 11, 2026

*/s/ J. Michael Connolly*

*Counsel of Record for Petitioner*
*American Securities Association*

Respectfully submitted,

*/s/ Noel J. Francisco*

*Counsel of Record for Petitioner*
*Citadel Securities LLC*

Certificate 2