No. 26-10936

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

AMERICAN SECURITIES ASSOCIATION and CITADEL SECURITIES LLC,
Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Respondent.

_____

ON PETITION FOR REVIEW OF AN ORDER OF THE
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
SEC RELEASE NO. 34-105003

_____

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT BY
THE NASDAQ STOCK MARKET, LLC; NASDAQ GEMX,
LLC; NASDAQ ISE, LLC; NASDAQ MRX, LLC; NASDAQ
PHLX, LLC; AND NASDAQ TEXAS, LLC**

_____

Stephen J. Kastenberg
Paul Lantieri III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215.665.8500

*Counsel for Intervenors The Nasdaq
Stock Market, LLC; Nasdaq GEMX,
LLC; Nasdaq ISE, LLC; Nasdaq MRX,
LLC; Nasdaq PHLX, LLC; and Nasdaq
Texas, LLC*

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Movants The Nasdaq Stock Market, LLC; Nasdaq GEMX, LLC; Nasdaq ISE, LLC; Nasdaq MRX, LLC; Nasdaq PHLX, LLC; and Nasdaq Texas, LLC provide the following certificate of interested persons.

The undersigned counsel of record certify that the following listed persons and entities as described in Eleventh Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **24X National Exchange LLC**, subject to the challenged order as a member of Proposed Intervenor Consolidated Audit Trail, LLC ("CAT LLC")

2. **American Securities Association**, Petitioner

3. **ArentFox Schiff LLP**, counsel for Intervenors Cboe BYX Exchange, Inc.; Cboe BZX Exchange, Inc.; Cboe C2 Exchange, Inc.; Cboe EDGA Exchange, Inc.; Cboe EDGX Exchange, Inc.; and Cboe Exchange, Inc.

4. **Ballard Spahr LLP**, counsel for Intervenors The Nasdaq Stock Market, LLC; Nasdaq GEMX, LLC; Nasdaq ISE, LLC; Nasdaq MRX, LLC; Nasdaq PHLX, LLC; and Nasdaq Texas, LLC

5. **Berman, Ari M.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for Intervenors New York Stock Exchange LLC;, NYSE American LLC; NYSED Arca, Inc.; NYSE National, Inc.; and NYSE Texas, Inc.

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

6.    **Borse Dubai, Ltd.**, owner of 10% or more of Nasdaq, Inc.'s shares

7.    **BOX Exchange LLC**, subject to the challenged order as a member and participant of CAT LLC

8.    **Boyle, Gregory M.**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

9.    **Cboe BYX Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

10.   **Cboe BZX Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

11.   **Cboe C2 Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

12.   **Cboe EDGA Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

13.   **Cboe EDGX Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

14.   **Cboe Exchange, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

15.   **Cboe Global Markets, Inc. (BATS: CBOE)**, indirect owner of 10% or more of interest in CAT LLC, and direct or indirect parent company of Cboe BYX Exchange, Inc.; Cboe BZX Exchange, Inc.; Cboe C2 Exchange, Inc.; Cboe EDGA Exchange, Inc.; Cboe EDGX Exchange, Inc.; and Cboe Exchange, Inc.

16.   **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC

17.   **Citadel Securities LLC**, Petitioner

18.   **Connolly, J. Michael**, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association

19.   **Consolidated Audit Trail, LLC**, Intervenor

20.   **Consovoy McCarthy PLLC**, counsel for Petitioner American Securities

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

Association

21.  **Deutsch, Elizabeth**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

22.  **Dinkle, Christopher S.**, Jones Day, counsel for Petitioner Citadel Securities LLC

23.  **Financial Industry Regulatory Authority, Inc.**, subject to the challenged order as a member and participant of CAT LLC

24.  **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC

25.  **Gershengorn, Ian Heath**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

26.  **Greenwalt III, Paul E.**, ArentFox Schiff LLP, counsel for Intervenors Cboe BYX Exchange, Inc.; Cboe BZX Exchange, Inc.; Cboe C2 Exchange, Inc.; Cboe EDGA Exchange, Inc.; Cboe EDGX Exchange, Inc.; and Cboe Exchange, Inc.

27.  **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission

28.  **Heckendorn, J. Maxwell**, ArentFox Schiff LLP, counsel for Intervenors Cboe BYX Exchange, Inc.; Cboe BZX Exchange, Inc.; Cboe C2 Exchange, Inc.; Cboe EDGA Exchange, Inc.; Cboe EDGX Exchange, Inc.; and Cboe Exchange, Inc.

29.  **Intercontinental Exchange, Inc. (NYSE: ICE)**, indirect owner of 10% or more of interest in CAT LLC, and indirect parent of New York Stock Exchange LLC; NYSE American LLC; NYSE Arca, Inc; NYSE National, Inc.; and NYSE Texas, Inc.

30.  **International Securities Exchange Holdings, Inc.**, sole LLC member of Nasdaq GEMX, LLC; Nasdaq ISE, LLC; and Nasdaq MRX LLC

31.  **Investor AB**, owner of 10% or more of Nasdaq, Inc.'s shares

32.  **Investors' Exchange, LLC**, subject to the challenged order as a member and participant of CAT LLC

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

33.  **Jenner & Block LLP**, counsel for Intervenor Consolidated Audit Trail, LLC

34.  **Jones Day**, counsel for Petitioner Citadel Securities LLC

35.  **Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market, LLC; Nasdaq GEMX, LLC; Nasdaq ISE, LLC; Nasdaq MRX, LLC; Nasdaq PHLX, LLC; and Nasdaq Texas, LLC

36.  **Lantieri III, Paul**, Ballard Spahr LLP, counsel for Intervenors The Nasdaq Stock Market, LLC; Nasdaq GEMX, LLC; Nasdaq ISE, LLC; Nasdaq MRX, LLC; Nasdaq PHLX, LLC; and Nasdaq Texas, LLC

37.  **Long-Term Stock Exchange, Inc.**, subject to the challenged order as a member and participant of CAT LLC

38.  **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC

39.  **MacLean, Matthew J.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for Intervenors New York Stock Exchange LLC;, NYSE American LLC; NYSED Arca, Inc.; NYSE National, Inc.; and NYSE Texas, Inc.

40.  **Madigan, Sarah M.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for Intervenors New York Stock Exchange LLC;, NYSE American LLC; NYSED Arca, Inc.; NYSE National, Inc.; and NYSE Texas, Inc.

41.  **Marshall, Jonathan J.**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

42.  **Matro, Daniel**, counsel for Respondent United States Securities and Exchange Commission

43.  **McGranahan, J. Russell**, counsel for Respondent United States Securities and Exchange Commission

44.  **MEMX LLC**, subject to the challenged order as a member and participant of CAT LLC

45.  **Miami International Holdings, Inc. (NYSE: MIAX)**, indirect owner of 10% or more of interest in Cat LLC, and indirect parent company of Miami International Securities Exchange LLC; MIAX Emerald, LLC; MIAX PEARL, LLC; and MIAX Sapphire, LLC

46. **Miami International Securities Exchange LLC**, subject to the challenged order as a member and participant of CAT LLC

47. **MIAX Emerald, LLC**, subject to the challenged order as a member and participant of CAT LLC

48. **MIAX PEARL, LLC**, subject to the challenged order as a member and participant of CAT LLC

49. **MIAX Sapphire, LLC**, subject to the challenged order as a member and participant of CAT LLC

50. **Molzberger, Michael K.**, ArentFox Schiff LLP, counsel for Intervenors Cboe BYX Exchange, Inc.; Cboe BZX Exchange, Inc.; Cboe C2 Exchange, Inc.; Cboe EDGA Exchange, Inc.; Cboe EDGX Exchange, Inc.; and Cboe Exchange, Inc.

51. **Montgomery, Sophia W.**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

52. **Nasdaq GEMX, LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

53. **Nasdaq, Inc. (Nasdaq: NDAQ)**, sole owner of LLC interest in The Nasdaq Stock Market, LLC and Nasdaq PHLX, LLC, and parent company of Nasdaq Texas, LLC

54. **Nasdaq ISE, LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

55. **Nasdaq MRX, LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

56. **Nasdaq PHLX LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

57. **The Nasdaq Stock Market LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

58. **Nasdaq Texas, LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

59. **New York Stock Exchange LLC**, Intervenor, subject to the challenged

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

order as a member and participant of CAT LLC

60. **NYSE American LLC**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

61. **NYSE Arca, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

62. **NYSE National, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

63. **NYSE Texas, Inc.**, Intervenor, subject to the challenged order as a member and participant of CAT LLC

64. **Oliwenstein, David**, Pillsbury Winthrop Shaw Pittman LLP, counsel for Intervenors New York Stock Exchange LLC;, NYSE American LLC; NYSED Arca, Inc.; NYSE National, Inc.; and NYSE Texas, Inc.

65. **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC

66. **Pillsbury Winthrop Shaw Pittman LLP**, counsel for Intervenors New York Stock Exchange LLC;, NYSE American LLC; NYSED Arca, Inc.; NYSE National, Inc.; and NYSE Texas, Inc.

67. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC

68. **Templin, Hannah**, Jones Day, counsel for Petitioner Citadel Securities LLC

69. **United States Securities and Exchange Commission**, Respondent

70. **The Vanguard Group, Inc.**, owner of 10% or more of Nasdaq, Inc.

71. **Warnke, Anne S.**, Jenner & Block LLP, counsel for Intervenor Consolidated Audit Trail, LLC

*American Sec. Ass'n, et al. v. U.S. Sec. and Exch. Comm'n*, No. 26-10936

No publicly traded company or corporation, other than those identified above or in the certificates of interested persons filed by Petitioners on April 2, 2026, as amended on May 11, 2026; Respondent on April 7, 2026; Intervenor CAT LLC on April 1, 2026 and April 27, 2026; Intervenor Cboe entities on April 13, 2026, as amended on May 4, 2026; and Intervenor Cboe, Nasdaq, and NYSE entities on April 27, 2026, has an interest in the outcome of this case. Movants will file an amended certificate of interested persons should they become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-4.

Date: May 28, 2026

*/s/ Paul Lantieri III*
Stephen J. Kastenberg
Paul Lantieri III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Facsimile: 215.864.8999
kastenberg@ballardspahr.com
lantierip@ballardspahr.com

*Counsel for Intervenors The Nasdaq Stock Market LLC, Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, Nasdaq PHLX LLC; and Nasdaq Texas, LLC*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2026, I electronically filed the foregoing with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. Parties represented by registered CM/ECF users will be served by the CM/ECF system.

*/s/ Paul Lantieri III*
Paul Lantieri III

**CERTIFICATE OF ELECTRONIC SUBMISSION**

I certify that on May 28, 2026, I electronically filed the foregoing with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. I certify that (1) any required privacy redactions have been made, (2) the electronic submission of this document is an exact copy of any corresponding paper document, and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

*/s/ Paul Lantieri III*
Paul Lantieri III